UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Belford William Reitz, III,                                   Civil 13-1099 SRN/FLN

        Petitioner,

   v.                                                                    O R D E R

Steve Hammer, Warden, and
Tom Roy, Commissioner of Corrections,

        Defendants.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by

United States Magistrate Judge Franklin L. Noel dated May 22, 2013, all the files and

records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1.     Petitioner's application for a writ of habeas corpus (Doc. No. 1) **is**

        **DENIED**;

2.     The case is **DISMISSED WITHOUT PREJUDICE**

3.     Petitioner should NOT be granted a Certificate of Appealability.

        **LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: June 11, 2013.        s/Susan Richard Nelson
at St. Paul, Minnesota        JUDGE SUSAN RICHARD NELSON
                   United States District Court